IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2020

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

ARTHUR CARSON, PLAINTIFF,

V.  CASE NO.4:20CV-1218-DPM

WANDA MERRITT, ET AL., DEFENDANTS.

PLAINTIFF'S MOTION TO DISMISS COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now the Plaintiff, Arthur Carson, and Request this Court Dismiss the Complaint Filed in this matter.

RESPECTFULLY SUBMITTED,

*Arthur Carson*
10/20/2020

(Solo-Pg)