IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ARTHUR CARSON                                                          PLAINTIFF

v.                                      No. 4:20-cv-1218-DPM

WANDA C. MERRIT, Regional
Director, HUD;  Corporation, d/b/a
Envolve;  T Hubbard, Manager, The
Cottage Apartment                                                      DEFENDANTS

## ORDER

Carson's motion to dismiss his complaint, *Doc. 3*, is granted. FED.
R. CIV. P. 41(a).  His motion to proceed *in forma pauperis*, *Doc. 1*, is
denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 October 2020