## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARTHUR CARSON**                                                  **PLAINTIFF**

v.                                    **No. 4:20-cv-1218-DPM**

**WANDA C. MERRIT, Regional
Director, HUD;  Corporation, d/b/a
Envolve;  T Hubbard, Manager, The
Cottage Apartment**                                  **DEFENDANTS**

### JUDGMENT

Carson's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

22 October 2020